RECEIVED + FILED
2015 JAN 13 PM 12: 16
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS, MISSOURI-C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Judge Charles E. Rendlen III |
|     EVETTE NICOLE REED, | ) | Chapter 7 |
|         Debtor. | ) | Main Cause # 14-45773 |
| | ) | Case No. 14-44818-705 |
| In re: | ) | |
|     PAULINE A. BRADY, | ) | |
|         Debtor. | ) | Case No. 14-44909-705 |
| In re: | ) | |
|     LAWANDA LANAE LONG, | ) | |
|         Debtor. | ) | Case No. 14-45773-705 |
| In re: | ) | |
|     MARSHALL LOUIS BEARD, | ) | |
|         Debtor. | ) | Case No. 14-42751-705 |
| In re: | ) | |
|     DARRELL MOORE and | ) | |
|     JOCELYN ANTOINETTE MOORE, | ) | |
|         Debtors. | ) | Case No. 14-44434-705 |
| In re: | ) | |
|     NINA LYNNE LOGAN, | ) | |
|         Debtor. | ) | Case No. 14-44329-705 |
| In re: | ) | |
|     JOVON NEOSHA STEWART, | ) | |
|         Debtor. | ) | Case No. 14-43912-705 |
| In re: | ) | |
|     ANGELIQUE RENEE SHIELDS, | ) | |
|         Debtor. | ) | Case No. 14-43914-705 |

# RESPONDENT, ATTORNEY JAMES C. ROBINSON'S OPENING STATEMENT TO TODAY'S HEARING

I am not here consenting to this Court's subject matter jurisdiction. I am here on three (3) Show Cause Orders to appear. On November 26, 2014 the Court, on its own initiative, issued a Show Cause Order in the Main Cause Number 14-45773, Document # 18, directing (1) James Robinson to show cause as to why his fees should not be disgorged under § 329(b) and (2) the chapter 7 Trustees to provide information related to fees again on December 2, 2014, Document # 17, and the Court issued a Show Cause Orders in this matter to disgorge fees and seeking information related to those fees by the U. S. Trustees.

On December 10, 2014 (Case Number 14-45773, Document #26) Respondent filed a petition for Removal of Judge in this matter; which was denied on December 11, 2014 in Document #27). On December 10, 2014 (Document #28), the Judge in this matter issued an additional Show Cause Order for Trustees to Collect unearned fees and why monetary and non-monetary sanctions, for fees returned as unlawfully held.

The allegation why Respondent delayed in returning <u>unlawfully</u> held <u>unearned</u> fees was determined by the Court without an evidence hearing of any type.

To date, no Debtor has demanded or claimed Respondent owed Debtor any attorney fees in this matter.

Respondent has fully and responded to each Show Cause Order. Respondent filed his reply in this Court on January 2, 2015.

This is a quasi-Contempt Hearing (for monetary and nonmonetary sanctions) disguised as a Motion to Compel to seek information related to fees by the Trustees boot-strapping the Court's three (3) Show Cause Orders. The Show Cause Orders define the scope of the disgorgement of attorney fees to 11 USC § 329(b).

*This is a violation of Respondent's due process and equal protection of the law.* In that, an Evidence Hearing has not been held under 11 USC 2017 to determine if the fees were <u>unearned</u> in each case that is requested by Respondent.

This entire proceeding today is tainted by the Court's raising the issue that Respondent may be subject to monetary and/or nonmonetary sanctions. "Nothing herein requires that Mr. Robinson waive his rights under the Fifth Amendment of the U.S. Constitution or any similar right under state law. The United States Trustee is invited to participate in the process of addressing these issues". This urging of the Court for Respondent to consider taking the Fifth Amendment is a violation of his due process rights to freely

address all the issues in this matter without the fear of being criminally or civilly sanctioned. The Court raised the Fifth Amendment issue first, not Respondent.

I am being coherence and instructed by the Court to consider pleading the Fifth.

**All attorney fees were earned and returned under protest to Debtors. The issues in this case are moot. There is not case controversy. I respectfully request this matter be moved to District Court pursuant to Rule 5 as to the Court's Rules of Disciplinary Enforcement.**

Respectfully submitted,

/S/ James C. Robinson
James C. Robinson #30969
Attorney at Law
3919 Washington Ave.
St. Louis Mo. 63108
Cell # (314) 922- 7451
Office (314) 533-4357
Fax (314) 533-4356